Michael STERN and Digiflo, Inc.,
Plaintiffs–Appellants,

v.

SEQUAL TECHNOLOGIES, INC.,
Defendant–Appellee.

No. 2012–1207.

United States Court of Appeals,
Federal Circuit.

Nov. 9, 2012.

Philip P. Mann, Mann Law Group, of Seattle, WA, argued for plaintiffs-appellants. Of counsel on the brief was John Whitaker, Whitaker Law Group, of Seattle, WA.

Andrew D. Skale, Mintz Levin Cohn Ferris Glovsky and Popeo P.C., of San Diego, CA, argued for defendant-appellee.

PROST, MOORE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**